**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY GENNIRO, | ) | NO. SA CV 08-543-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. F. SALAZAR, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

     Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

          DATED: November 12, 2008.

                                        _____
                                             JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE